Rule 103. Board

* * *

(b) Constituency.

The Board shall consist of ten (10) members appointed by the Supreme Court. Each member of the Board shall be an active **[lawyer]** **member of the Bar of this Commonwealth with his or her primary residency** [who practices and has his principal office] in the Commonwealth of Pennsylvania.